Case Name / Case Number

(MMH)

| | **PROPOSED DISCOVERY PLAN/SCHEDULING ORDER** | | | |
|---|---|---|---|---|
| | | **DONE** | **NOT APPLICABLE** | **DATE** |
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | | |
| 1. | Rule 26(f) Conference held | x | | 4/19/2022 |
| 2. | Rule 26(a)(1) disclosures exchanged | | | 4/27/2022 |
| 3. | Requested: | | | |
| | a. Medical records authorization | | x | |
| | b. CPL § 160.50 releases for arrest records | | x | |
| | c. Identification of John Doe/Jane Doe defendants | | x | |
| 4. | Procedures for producing Electronically Stored Information (ESI) discussed | | x | |
| 5. | Protective Order to be submitted for court approval (see Standing Protective Order on the Chambers website) | | x | |
| **B. SETTLEMENT PLAN** | | | | |
| 1. | Plaintiff to make settlement demand | x | | 2/7/2022 |
| 2. | Defendant to make settlement offer | x | | 3/11/2022 |
| 3. | Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | x | | 6/27/2022 |
| 4. | Settlement Conference (proposed date) | | | on or before 6/27/2022 |
| **C. PROPOSED DEADLINES** | | | | |
| 1. | Motion to join new parties | | | 6/27/2022 |
| 2. | Motion to amend pleadings | | | 6/27/2022 |
| 3. | Initial documents requests and interrogatories | | | 8/24/2022 |
| 4. | All fact discovery to be completed (including disclosure of medical records) | | | 10/23/2022 |
| 5. | Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 10/23/2022 |

Rev. 06-28-2021

| 6. Expert discovery (only if needed) | | Check here if not applicable ☒ | |
|---|---|---|---|
| Plaintiff expert proposed field(s) of expertise: | | N/A | |
| Defendant expert proposed field(s) of expertise: | | N/A | |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| a. Affirmative expert reports due | | N/A | |
| b. Rebuttal expert reports due | | N/A | |
| c. Depositions of experts to be completed | | N/A | |
| 7. Completion of ALL DISCOVERY (if different from C.4) | | N/A | |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | 10/23/2022 | |
| 9. If any party seeks a **dispositive motion**, date to<br>   a. file request for pre-motion conference (if required), or<br>   b. file briefing schedule for the motion | | 11/7/2022 | |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | 12/22/2022 | |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☐ Yes<br>☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☒ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | n/a | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | n/a | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:
/s/ Marcia M. Henry                                          07/29/2022
**MARCIA M. HENRY**                                          **Date**
United States Magistrate Judge

Rev. 06-28-2021