UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| Caleb Anderson, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,* | Case No.: 1:22-cv-00527 |
| Plaintiff, | **MOTION TO WITHDRAW AS ATTORNEY** |
| v. | |
| Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC, Robert Dorsey, and Angeline Cornelius, | |
| Defendants. | |

---------------------------------------------------------------X

To: The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that Oscar Alvarado is no longer employed with Hang & Associates PLLC, as of July 29, 2022. Hang & Associates PLLC will continue to represent the Defendants in this matter, and no party will be prejudiced if this Motion is granted.

WHEREFORE, undersigned counsel and the Defendants respectfully request that this Court permits Oscar Alvarado to withdraw as attorney for the Defendants and remove him from the docket in the above referenced matter.

We appreciate the Court's time and attention in this matter.

Dated: July 29, 2022
    Flushing, New York

**HANG & ASSOCIATES, PLLC**

By: /s/ *Jian Hang*
Jian Hang, Esq., Principal
136-20 38th Ave. Suite 10G
Flushing, New York 11354
Tel: (718) 353-8588
Email: jhang@hanglaw.com
*Attorney for Defendants*