UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Caleb Anderson, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              Plaintiff,

v.

Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC, Robert Dorsey, and Angeline Cornelius,

                              Defendants.

---------------------------------------------------------------X

Case No.: 1:22-cv-00527

**MOTION TO WITHDRAW AS ATTORNEY**

To: The clerk of court and all parties of record

    **PLEASE TAKE NOTICE** that Oscar Alvarado is no longer employed with Hang & Associates PLLC, as of July 29, 2022. Hang & Associates PLLC will continue to represent the Defendants in this matter, and no party will be prejudiced if this Motion is granted.

    WHEREFORE, undersigned counsel and the Defendants respectfully request that this Court permits Oscar Alvarado to withdraw as attorney for the Defendants and remove him from the docket in the above referenced matter.

    WHEREFORE, Hang & Associates PLLC does not charge any lien against the file.

    We appreciate the Court's time and attention in this matter.

Dated: August 8, 2022
       Flushing, New York

                                                  **HANG & ASSOCIATES, PLLC**

                                                  By:  /s/ *Jian Hang*
                                                  Jian Hang. Esq.,
                                                  136-20 38th Ave. Suite 10G
                                                  Flushing, New York 11354
                                                  Tel: (718) 353-8588
                                                  Email: jhang@hanglaw.com
                                                  *Attorney for Defendants*