# LEVIN-EPSTEIN & ASSOCIATES, P.C.
---
60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

October 24, 2022

**<u>Via Electronic Filing</u>**
The Honorable Marcia M. Henry, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re: *Anderson v. Brooklyn Wild Catch LLC et al*
       <u>Case No.: 22-cv-00527</u>

Dear Honorable Magistrate Judge Henry:

 This law firm represents Plaintiff Caleb Anderson (the "Plaintiff") in the above-referenced action.

 Pursuant to the directives contained in Your Honor's July 29, 2022 Order [Dckt. No. 25], this letter respectfully serves to provide the Court with a status report certifying that fact discovery has closed.

 Out of an abundance of cation, the undersigned wishes to inform the Court that Defendants Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC (together, the "Corporate Defendants"), Robert Dorsey, and Angeline Cornelius (together, the "Individual Defendants", and collectively with the Corporate Defendants, the "Defendants") have not commented on the instant letter. The undersigned emailed Defendants' counsel on: (i) Sunday, October 23, 2022 at 12:12 p.m.; (ii) Monday, October 24, 2022 at 9:36 a.m.; and again on (iii) Monday, October 24, 2022 at 12:59 p.m. for their comments. Defendants have not responded to any of the undersigned's emails.

 We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

            Respectfully submitted,

            LEVIN-EPSTEIN & ASSOCIATES, P.C.

            By: <u>*/s/ Jason Mizrahi*</u>
               Jason Mizrahi
               60 East 42nd Street, Suite 4747
               New York, NY 10170
               Tel. No.: (212) 792-0048
               Email: Jason@levinepstein.com
               *Attorneys for Plaintiff*

VIA ECF: All Counsel