# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW

13620 38th Avenue, Suite 10G

Flushing, New York 11354

Tel:  (718) 353-8588

Fax: (718) 353-6288

FED. I.D. NO. 46-1941328

Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC

,

# Invoice

| | |
|---|---|
| Invoice Date: | 3/31/2022 |
| Invoice No: | 1 |
| Due Date: | 4/15/2022 |

Matter:    01469-2022          For professional Services rendered through the period ending Thursday March 31, 2022

**Professional Fees**

| Date | Attorney | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 03/14/2022 | Jian Hang | Fixed fee of $3,000 from Feb 4 to March 14 for asking extension to file an answer, meet with client and prepare client documents, and explore possible settlement | | | $3,000.00 |
| 03/15/2022 | Jian Hang | draft and file answer and corporate disclosures in the court | | | $3,000.00 |
| 03/18/2022 | Oscar Alvarado | re: scheduling order from court and mark firm calendar for the conference | 0.20 | $325.00 | $65.00 |
| 03/18/2022 | Jian Hang | review court order | 0.10 | $375.00 | $37.50 |
| 03/24/2022 | Jian Hang | review court order | 0.10 | $375.00 | $37.50 |
| 03/25/2022 | Oscar Alvarado | review court discovery order and mark the calendar | 0.20 | $325.00 | $65.00 |
| | | | **0.60** | | **$6,205.00** |

| | |
|---|---|
| Invoice Amount: | $6,205.00 |
| Other Outstanding Balances: | $0.00 |
| Total Amount: | $6,205.00 |
| Amount Received: | $6,000.00 |
| **Balance Due:** | **$205.00** |
| Trust Balance: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328


## PAYMENT INSTRUCTIONS

*Remit Check Payments to*:                              *Remit Wire Payments to*:


Hang & Associates, PLLC                              Chase Bank
13620 38th Avenue, Suite 10G                    3901 Main Street, Flushing, NY 11354
Flushing, NY 11354                                      Swift Code: CHASUS33
                                                                    For Credit to the Account of
                                                                    Hang & Associates, PLLC
                                                                    Routing #: 021000021
                                                                    Account #: 772737281

# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC
,

# Invoice

| | |
|---|---|
| Invoice Date: | 4/30/2022 |
| Invoice No: | 2 |
| Due Date: | 5/15/2022 |

Matter:    01469-2022            For professional Services rendered through the period ending Saturday April 30, 2022

**Professional Fees**

| Date | Attorney | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 04/11/2022 | Jian Hang | email to client | 0.10 | $375.00 | $37.50 |
| 04/19/2022 | Oscar Alvarado | review and revise discovery scheduling and email same to OC | 0.60 | $325.00 | $195.00 |
| 04/19/2022 | Jian Hang | review email from OC | 0.10 | $350.00 | $35.00 |
| 04/19/2022 | Oscar Alvarado | review email on scheduling order from OC | 0.10 | $325.00 | $32.50 |
| 04/20/2022 | Jian Hang | review email from OC | 0.10 | $350.00 | $35.00 |
| 04/20/2022 | Jian Hang | review court filing | 0.10 | $350.00 | $35.00 |
| 04/22/2022 | Jian Hang | review court order | 0.10 | $350.00 | $35.00 |
| 04/22/2022 | Oscar Alvarado | review court filing and order | 0.10 | $325.00 | $32.50 |
| | | | **1.30** | | **$437.50** |

| | |
|---|---|
| Invoice Amount: | $437.50 |
| Other Outstanding Balances: | $0.00 |
| Total Amount: | $437.50 |
| Amount Received: | $0.00 |
| **Balance Due:** | **$437.50** |
| Trust Balance: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

## PAYMENT INSTRUCTIONS

*Remit Check Payments to*:                                    *Remit Wire Payments to*:

Hang & Associates, PLLC                          Chase Bank
13620 38th Avenue, Suite 10G                  3901 Main Street, Flushing, NY 11354
Flushing, NY 11354                                    Swift Code: CHASUS33
                                                                      For Credit to the Account of
                                                                      Hang & Associates, PLLC
                                                                      Routing #: 021000021
                                                                      Account #: 772737281

## HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC
,

# Invoice

| | |
|---|---|
| Invoice Date: | 5/31/2022 |
| Invoice No: | 3 |
| Due Date: | 6/15/2022 |

Matter:     01469-2022                    For professional Services rendered through the period ending Tuesday May 31, 2022

**Professional Fees**

| Date | Attorney | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 05/04/2022 | Oscar Alvarado | review case files and email to OC. | 0.30 | $325.00 | $97.50 |
| 05/04/2022 | Jian Hang | review email to OC on case analysis | 0.10 | $375.00 | $37.50 |
| 05/05/2022 | Oscar Alvarado | email to client | 0.10 | $325.00 | $32.50 |
| 05/05/2022 | Oscar Alvarado | review documents produced by client and organize and send them to OC | 0.50 | $325.00 | $162.50 |
| 05/05/2022 | Jian Hang | review email to OC | 0.10 | $375.00 | $37.50 |
| 05/05/2022 | Jian Hang | review email from OC | 0.10 | $375.00 | $37.50 |
| 05/05/2022 | Oscar Alvarado | review OC's email on discovery production | 0.10 | $325.00 | $32.50 |
| 05/13/2022 | Jian Hang | review email from OC | 0.10 | $375.00 | $37.50 |
| 05/15/2022 | Jian Hang | review OC's documents production | 0.10 | $375.00 | $37.50 |
| 05/17/2022 | Jian Hang | review email from OC | 0.10 | $375.00 | $37.50 |
| 05/18/2022 | Oscar Alvarado | email to OC | 0.10 | $325.00 | $32.50 |
| 05/18/2022 | Oscar Alvarado | r/r reply from OC | 0.10 | $325.00 | $32.50 |
| 05/18/2022 | Oscar Alvarado | meet and confer with OC, states that plaintiff worked around the clock | 0.30 | $325.00 | $97.50 |
| 05/18/2022 | Oscar Alvarado | email to clients | 0.10 | $325.00 | $32.50 |
| 05/18/2022 | Jian Hang | review court order | 0.10 | $375.00 | $37.50 |
| 05/19/2022 | Oscar Alvarado | spoke with Angeliene regarding getting signed statements from witnesses | 0.20 | $325.00 | $65.00 |
| 05/19/2022 | Oscar Alvarado | called Robert left VM | 0.10 | $325.00 | $32.50 |
| 05/19/2022 | Oscar Alvarado | review OC email | 0.10 | $325.00 | $32.50 |
| | | | **2.70** | | **$912.50** |

| | |
|---|---|
| Invoice Amount: | $912.50 |
| Other Outstanding Balances: | $0.00 |
| Total Amount: | $912.50 |

# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

|  |  |
|---|---|
| Amount Received: | $0.00 |
| **Balance Due:** | **$912.50** |
| Trust Balance: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

## PAYMENT INSTRUCTIONS

*Remit Check Payments to*:

Hang & Associates, PLLC
13620 38th Avenue, Suite 10G
Flushing, NY 11354

*Remit Wire Payments to*:

Chase Bank
3901 Main Street, Flushing, NY 11354
Swift Code: CHASUS33
For Credit to the Account of
Hang & Associates, PLLC
Routing #: 021000021
Account #: 772737281

### HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC
,

# Invoice

| | |
|---|---|
| Invoice Date: | 6/30/2022 |
| Invoice No: | 4 |
| Due Date: | 7/15/2022 |

Matter:     01469-2022          For professional Services rendered through the period ending Thursday June 30, 2022

**Professional Fees**

| Date | Attorney | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 06/15/2022 | Oscar  Alvarado | review email on mediation scheduling | 0.10 | $325.00 | $32.50 |
| 06/15/2022 | Jian Hang | review email from court clerk | 0.10 | $375.00 | $37.50 |
| 06/20/2022 | Oscar  Alvarado | review email on mediator selection | 0.20 | $325.00 | $65.00 |
| 06/20/2022 | Jian Hang | review email from OC | 0.10 | $375.00 | $37.50 |
| 06/20/2022 | Jian Hang | review email from court clerk | 0.10 | $375.00 | $37.50 |
| 06/21/2022 | Jian Hang | review email from court clerk | 0.10 | $375.00 | $37.50 |
| 06/21/2022 | Jian Hang | review email from OC | 0.10 | $375.00 | $37.50 |
| 06/30/2022 | Jian Hang | review email from OC | 0.10 | $375.00 | $37.50 |
| 06/30/2022 | Jian Hang | review email from OC | 0.10 | $375.00 | $37.50 |
| 06/30/2022 | Jian Hang | send email to Oscar regarding settlement dates | 0.10 | $375.00 | $37.50 |
| | | | **1.10** | | **$397.50** |

| | |
|---|---|
| Invoice Amount: | $397.50 |
| Other Outstanding Balances: | $0.00 |
| Total Amount: | $397.50 |
| Amount Received: | $0.00 |
| **Balance Due:** | **$397.50** |
| Trust Balance: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

## PAYMENT INSTRUCTIONS

*Remit Check Payments to*:

Hang & Associates, PLLC
13620 38th Avenue, Suite 10G
Flushing, NY 11354

*Remit Wire Payments to*:

Chase Bank
3901 Main Street, Flushing, NY 11354
Swift Code: CHASUS33
For Credit to the Account of
Hang & Associates, PLLC
Routing #: 021000021
Account #: 772737281

## HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel: (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC

# Invoice

| | |
|---|---|
| Invoice Date: | 7/31/2022 |
| Invoice No: | 5 |
| Due Date: | 8/15/2022 |

Matter: 01469-2022      For professional Services rendered through the period ending Sunday July 31, 2022

**Professional Fees**

| Date | Attorney | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 07/01/2022 | Oscar Alvarado | review emails on scheduling mediation | 0.10 | $325.00 | $32.50 |
| 07/01/2022 | Oscar Alvarado | contact client for mediation scheduling | 0.10 | $325.00 | $32.50 |
| 07/06/2022 | Oscar Alvarado | review case file and draft mediation statement | 2.10 | $325.00 | $682.50 |
| 07/07/2022 | Oscar Alvarado | email client | 0.20 | $325.00 | $65.00 |
| 07/11/2022 | Oscar Alvarado | email to client re witness statements | 0.20 | $325.00 | $65.00 |
| 07/11/2022 | Jian Hang | review court filing and mediation scheduling | 0.10 | $375.00 | $37.50 |
| 07/11/2022 | Oscar Alvarado | spoke w/ ZG re mediation | 0.10 | $325.00 | $32.50 |
| 07/13/2022 | Oscar Alvarado | review emails between Mr. Hang and mediator | 0.20 | $325.00 | $65.00 |
| 07/13/2022 | Jian Hang | email back and forth with mediator about mediation scheduling and mediation statements. | 0.20 | $375.00 | $75.00 |
| 07/14/2022 | Oscar Alvarado | spoke w/ ZG re case | 0.10 | $325.00 | $32.50 |
| 07/14/2022 | Ziyi Gao | discuss w OA re case | 0.10 | $325.00 | $32.50 |
| 07/14/2022 | Oscar Alvarado | email to client re documents | 0.10 | $325.00 | $32.50 |
| 07/14/2022 | Oscar Alvarado | review of Brooklyn Wild catch documents, finalize mediation statement and send it to mediator. | 1.40 | $325.00 | $455.00 |
| 07/14/2022 | Jian Hang | review mediation statement to mediator | 0.10 | $375.00 | $37.50 |
| 07/15/2022 | Oscar Alvarado | review witness statement and send same to mediator | 0.20 | $325.00 | $65.00 |
| 07/15/2022 | Oscar Alvarado | email from client | 0.10 | $325.00 | $32.50 |
| 07/16/2022 | Jian Hang | review email from mediator | 0.10 | $375.00 | $37.50 |
| 07/18/2022 | Oscar Alvarado | attend mediation conference. | 1.90 | $325.00 | $617.50 |
| 07/18/2022 | Ziyi Gao | attended mediation | 2.30 | $325.00 | $747.50 |
| 07/18/2022 | Jian Hang | review court filing | 0.10 | $375.00 | $37.50 |
| 07/21/2022 | Jian Hang | review email from mediator | 0.10 | $375.00 | $37.50 |

# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

| 07/25/2022 | Oscar Alvarado | review letter to court by OC | 0.80 | $325.00 | $260.00 |
|---|---|---|---|---|---|
| 07/25/2022 | Jian Hang | review email from OC | 0.10 | $375.00 | $37.50 |
| 07/25/2022 | Jian Hang | review court filing | 0.10 | $375.00 | $37.50 |
| 07/28/2022 | Maritza Yanes | Draft motion to withdraw OA. for HJ (Brooklyn Wild Catch LLC) | 0.20 | $175.00 | $35.00 |
| 07/29/2022 | Yongjin Bae | draft NoA and file with the court | 0.30 | $325.00 | $97.50 |
| 07/29/2022 | Yongjin Bae | review scheduling order and enter due date to firm calendar | 0.30 | $325.00 | $97.50 |
| 07/29/2022 | Yongjin Bae | email re: FW: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Order | 0.10 | $325.00 | $32.50 |
| 07/29/2022 | Jian Hang | review court order | 0.10 | $375.00 | $37.50 |
| | | | **11.90** | | **$3,887.50** |

|  |  |
|---|---|
| Invoice Amount: | $3,887.50 |
| Other Outstanding Balances: | $397.50 |
| Total Amount: | $4,285.00 |
| | |
| Amount Received: | $0.00 |
| **Balance Due:** | **$4,285.00** |
| | |
| Trust Balance: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

## PAYMENT INSTRUCTIONS

*Remit Check Payments to*:

Hang & Associates, PLLC
13620 38th Avenue, Suite 10G
Flushing, NY 11354

*Remit Wire Payments to*:

Chase Bank
3901 Main Street, Flushing, NY 11354
Swift Code: CHASUS33
For Credit to the Account of
Hang & Associates, PLLC
Routing #: 021000021
Account #: 772737281

### HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC

# Invoice

| | |
|---|---|
| Invoice Date: | 8/31/2022 |
| Invoice No: | 6 |
| Due Date: | 9/15/2022 |

Matter:     01469-2022              For professional Services rendered through the period ending Wednesday August 31, 2022

**Professional Fees**

| Date | Attorney | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 08/03/2022 | Yongjin Bae | check firm calendar re: mediation report due | 0.10 | $325.00 | $32.50 |
| 08/03/2022 | Yongjin Bae | review docket history and OA's previous emails with OC and CC order and scheduling order | 0.40 | $325.00 | $130.00 |
| 08/03/2022 | Yongjin Bae | review joint status letter filed July 25, 2022 | 0.10 | $325.00 | $32.50 |
| 08/04/2022 | Jian Hang | review court filing | 0.10 | $375.00 | $37.50 |
| 08/05/2022 | Yongjin Bae | email from JH re: FW: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Order on Motion to Withdraw as Attorney | 0.10 | $325.00 | $32.50 |
| 08/05/2022 | Yongjin Bae | search docket order and review local rule 1.4 | 0.50 | $325.00 | $162.50 |
| 08/08/2022 | Ge Qu | Email to Yongjin Bae Re: RE: Re: 1469 motion to withdraw | 0.10 | $325.00 | $32.50 |
| 08/08/2022 | Yongjin Bae | email to RQ re: motion to withdraw | 0.10 | $325.00 | $32.50 |
| 08/08/2022 | Yongjin Bae | draft motion to withdraw and email to JH | 0.10 | $325.00 | $32.50 |
| 08/08/2022 | Yongjin Bae | email re: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Motion to Withdraw as Attorney | 0.10 | $325.00 | $32.50 |
| 08/08/2022 | Jian Hang | review court filing | 0.10 | $375.00 | $37.50 |
| 08/10/2022 | Yongjin Bae | email re: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Order on Motion to Withdraw as Attorney | 0.10 | $325.00 | $32.50 |
| 08/10/2022 | Jian Hang | review court order | 0.10 | $375.00 | $37.50 |
| 08/17/2022 | Yongjin Bae | check discovery status and see if needs MY's Help | 0.30 | $325.00 | $97.50 |
| 08/19/2022 | Yongjin Bae | draft interrogatories | 2.10 | $325.00 | $682.50 |
| 08/22/2022 | Yongjin Bae | continue to draft D's disc request | 1.90 | $325.00 | $617.50 |
| 08/23/2022 | Yongjin Bae | Finalize D's discovery request and email to GY to send out | 0.50 | $325.00 | $162.50 |
| 08/23/2022 | Ge Yan | prepare the package, scan and email to YB | 0.20 | $175.00 | $35.00 |

## HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

| 08/23/2022 | Yongjin Bae | reveiw OA's emails with OC and check settlement discussions so far | 0.30 | $325.00 | $97.50 |
|---|---|---|---|---|---|
| 08/23/2022 | Yongjin Bae | email to OC re: D's disc request | 0.10 | $325.00 | $32.50 |
| 08/25/2022 | Yongjin Bae | draft initial disclosure and email to OC | 0.90 | $325.00 | $292.50 |
| 08/25/2022 | Yongjin Bae | email to GY re: initial disclosure | 0.10 | $325.00 | $32.50 |
| 08/25/2022 | Ge Yan | prepare the mail; scan, and emai lto YB | 0.20 | $175.00 | $35.00 |
| 08/25/2022 | Yongjin Bae | email from GY re: initial disclosure sent | 0.10 | $325.00 | $32.50 |
| | | | **8.70** | | **$2,782.50** |

| | |
|---|---|
| Invoice Amount: | $2,782.50 |
| Other Outstanding Balances: | $2,140.00 |
| Total Amount: | $4,922.50 |
| Amount Received: | $0.00 |
| **Balance Due:** | **$4,922.50** |
| Trust Balance: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

## PAYMENT INSTRUCTIONS

*Remit Check Payments to*:

Hang & Associates, PLLC
13620 38th Avenue, Suite 10G
Flushing, NY 11354

*Remit Wire Payments to*:

Chase Bank
3901 Main Street, Flushing, NY 11354
Swift Code: CHASUS33
For Credit to the Account of
Hang & Associates, PLLC
Routing #: 021000021
Account #: 772737281

## <u>HANG & ASSOCIATES, PLLC</u>

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC

# Invoice

|  |  |
|---|---|
| Invoice Date: | 9/30/2022 |
| Invoice No: | 7 |
| Due Date: | 10/15/2022 |

Matter:    01469-2022                        For professional Services rendered through the period ending Friday September 30, 2022

**Professional Fees**

| Date | Attorney | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 09/26/2022 | Yongjin Bae | check case status and OA's email account for discovery response | 0.30 | $325.00 | $97.50 |
| 09/26/2022 | Yongjin Bae | email to OC re: P's discovery request | 0.10 | $325.00 | $32.50 |
| 09/27/2022 | Leslie Cabello | Communicate (in firm) Sent email to HJ regarding response from client about the August bill. | 0.10 | $175.00 | $17.50 |
| 09/27/2022 | Jian Hang | review email from mediator | 0.10 | $375.00 | $37.50 |
| 09/27/2022 | Jian Hang | review email from mediator | 0.10 | $375.00 | $37.50 |
|  |  |  | **0.70** |  | **$222.50** |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 10/04/2022 | mediation fee | $300.00 |
|  |  | **$300.00** |

|  |  |
|---|---|
| Invoice Amount: | $522.50 |
| Other Outstanding Balances: | $4,922.50 |
| Total Amount: | $5,445.00 |
| Amount Received: | $0.00 |
| **Balance Due:** | **$5,445.00** |
| Trust Balance: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328


## PAYMENT INSTRUCTIONS

*Remit Check Payments to*:

Hang & Associates, PLLC
13620 38th Avenue, Suite 10G
Flushing, NY 11354

*Remit Wire Payments to*:

Chase Bank
3901 Main Street, Flushing, NY 11354
Swift Code: CHASUS33
For Credit to the Account of
Hang & Associates, PLLC
Routing #: 021000021
Account #: 772737281

# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel: (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC

# Invoice

| | |
|---|---|
| Invoice Date: | 10/31/2022 |
| Invoice No: | 8 |
| Due Date: | 11/15/2022 |

Matter:    01469-2022                    For professional Services rendered through the period ending Monday October 31, 2022

**Professional Fees**

| Date | Attorney | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 10/05/2022 | Yongjin Bae | check pc order for facts discovery due date and email to OC | 0.30 | $325.00 | $97.50 |
| 10/05/2022 | Jian Hang | issue and mail mediation fees payment to mediator | 0.20 | $375.00 | $75.00 |
| 10/10/2022 | Leslie Cabello | Communicate (with client) Ms. Cornellius regarding payment. | 0.10 | $175.00 | $17.50 |
| 10/10/2022 | Leslie Cabello | Communicate (in firm) Sent email to JH | 0.10 | $175.00 | $17.50 |
| 10/10/2022 | Yongjin Bae | following up email to OC re: discovery due | 0.10 | $325.00 | $32.50 |
| 10/10/2022 | Jian Hang | review email to OC | 0.10 | $375.00 | $37.50 |
| 10/12/2022 | Leslie Cabello | Attempted to call client | 0.10 | $175.00 | $17.50 |
| 10/17/2022 | Yongjin Bae | follow up email to OC re: discovery due | 0.10 | $325.00 | $32.50 |
| 10/17/2022 | Yongjin Bae | email from OC re: discovery due extension | 0.10 | $325.00 | $32.50 |
| 10/17/2022 | Jian Hang | review email from OC | 0.10 | $375.00 | $37.50 |
| 10/18/2022 | Yongjin Bae | review previous settlement discussion in OA's account and OC's email | 0.20 | $325.00 | $65.00 |
| 10/18/2022 | Yongjin Bae | attempt to call to OC and email to OC | 0.10 | $325.00 | $32.50 |
| 10/18/2022 | Yongjin Bae | draft letter for extension | 0.30 | $325.00 | $97.50 |
| 10/18/2022 | Yongjin Bae | email to OC re: extension | 0.10 | $325.00 | $32.50 |
| 10/18/2022 | Yongjin Bae | review mediation statement and damage cal. | 0.10 | $325.00 | $32.50 |
| 10/18/2022 | Yongjin Bae | email from OC re: P's discovery request | 0.10 | $325.00 | $32.50 |
| 10/18/2022 | Yongjin Bae | email from OC re: extension of discovery | 0.10 | $325.00 | $32.50 |
| 10/18/2022 | Yongjin Bae | email to OC re: letter | 0.20 | $325.00 | $65.00 |
| 10/18/2022 | Yongjin Bae | Discussion with JH re: discovery | 0.10 | $325.00 | $32.50 |

## HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

| | | | | | |
|---|---|---|---|---|---|
| 10/18/2022 | Leslie Cabello | Sent email to client. | 0.10 | $175.00 | $17.50 |
| 10/18/2022 | Leslie Cabello | follow up with JH regarding payment, | 0.10 | $175.00 | $17.50 |
| 10/18/2022 | Jian Hang | review email from OC | 0.10 | $375.00 | $37.50 |
| 10/19/2022 | Yongjin Bae | email from OC re: letter | 0.10 | $325.00 | $32.50 |
| 10/19/2022 | Yongjin Bae | revise the letter and email to JH | 0.30 | $325.00 | $97.50 |
| 10/19/2022 | Yongjin Bae | email from JH re: letter for extension | 0.10 | $325.00 | $32.50 |
| 10/19/2022 | Leslie Cabello | Sent email to client | 0.10 | $175.00 | $17.50 |
| 10/19/2022 | Leslie Cabello | Discussed with HJ about payments updates. | 0.10 | $175.00 | $17.50 |
| 10/19/2022 | Jian Hang | attention on discovery matter | 0.10 | $375.00 | $37.50 |
| 10/20/2022 | Leslie Cabello | Attempted to call client. | 0.10 | $175.00 | $17.50 |
| 10/20/2022 | Leslie Cabello | Replied clients email. | 0.10 | $175.00 | $17.50 |
| 10/23/2022 | Jian Hang | review email from OC | 0.10 | $375.00 | $37.50 |
| 10/24/2022 | Yongjin Bae | email from OC re: status letter | 0.10 | $325.00 | $32.50 |
| 10/24/2022 | Yongjin Bae | email from OC re: filing letter | 0.10 | $325.00 | $32.50 |
| 10/24/2022 | Yongjin Bae | email to JH re: OC's email | 0.10 | $325.00 | $32.50 |
| 10/24/2022 | Yongjin Bae | email from JH re: discovery due | 0.10 | $325.00 | $32.50 |
| 10/24/2022 | Yongjin Bae | discussion with JH re: case status and scheduling order | 0.10 | $325.00 | $32.50 |
| 10/24/2022 | Yongjin Bae | email to OC re: letter motion | 0.10 | $325.00 | $32.50 |
| 10/24/2022 | Leslie Cabello | Attempted to call client. | 0.10 | $175.00 | $17.50 |
| 10/24/2022 | Yongjin Bae | email re: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Status Report | 0.10 | $325.00 | $32.50 |
| 10/24/2022 | Yongjin Bae | email re: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Motion for Extension of Time to Complete Discovery | 0.10 | $325.00 | $32.50 |
| 10/24/2022 | Yongjin Bae | call to OC re: letter filed | 0.20 | $325.00 | $65.00 |
| 10/24/2022 | Yongjin Bae | revise the letter and file with ECF | 0.30 | $325.00 | $97.50 |
| 10/24/2022 | Leslie Cabello | Left a voicemail. | 0.10 | $175.00 | $17.50 |
| 10/24/2022 | Jian Hang | review email from OC | 0.10 | $375.00 | $37.50 |
| 10/24/2022 | Jian Hang | review court filing | 0.10 | $375.00 | $37.50 |
| 10/25/2022 | Leslie Cabello | Attempted to call client. | 0.10 | $175.00 | $17.50 |
| 10/25/2022 | Leslie Cabello | Sent email to client. | 0.10 | $175.00 | $17.50 |

## HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

| 10/28/2022 | Yongjin Bae | email to LC re: affidavits to clients | 0.10 | $325.00 | $32.50 |
|---|---|---|---|---|---|
| 10/28/2022 | Yongjin Bae | talk with LC re: motion to withdraw as atty | 0.10 | $325.00 | $32.50 |
| 10/28/2022 | Leslie Cabello | Verbally asked question to YB regarding email. | 0.10 | $175.00 | $17.50 |
| 10/28/2022 | Leslie Cabello | Sent text message to client. | 0.10 | $175.00 | $17.50 |
| 10/28/2022 | Leslie Cabello | Replied to clients email. | 0.10 | $175.00 | $17.50 |
| 10/28/2022 | Leslie Cabello | Informed Mr. Hang about clietns email | 0.10 | $175.00 | $17.50 |
| | | | **6.50** | | **$1,902.50** |

| | |
|---|---|
| Invoice Amount: | $1,902.50 |
| Other Outstanding Balances: | $4,245.00 |
| Total Amount: | $6,147.50 |
| Amount Received: | $0.00 |
| **Balance Due:** | **$6,147.50** |
| Trust Balance: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

### PAYMENT INSTRUCTIONS

*Remit Check Payments to*:

Hang & Associates, PLLC
13620 38th Avenue, Suite 10G
Flushing, NY 11354

*Remit Wire Payments to*:

Chase Bank
3901 Main Street, Flushing, NY 11354
Swift Code: CHASUS33
For Credit to the Account of
Hang & Associates, PLLC
Routing #: 021000021
Account #: 772737281

### HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC

# Invoice

|  |  |
|---|---|
| Invoice Date: | 11/30/2022 |
| Invoice No: | 9 |
| Due Date: | 12/15/2022 |

Matter:    01469-2022          For professional Services rendered through the period ending Wednesday November 30, 2022

**Professional Fees**

| Date | Attorney | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 11/03/2022 | Yongjin Bae | email re: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Set Hearings | 0.10 | $325.00 | $32.50 |
| 11/03/2022 | Jian Hang | review court filing | 0.10 | $375.00 | $37.50 |
| 11/04/2022 | Leslie Cabello | Sent email to client | 0.10 | $175.00 | $17.50 |
| 11/07/2022 | Yongjin Bae | check court's scheduling order | 0.10 | $325.00 | $32.50 |
| 11/11/2022 | Leslie Cabello | Communicate (with client) Attempted to call client | 0.10 | $175.00 | $17.50 |
| 11/11/2022 | Leslie Cabello | Sent email to client | 0.10 | $175.00 | $17.50 |
| 11/14/2022 | Yongjin Bae | email to JH re: discovery response | 0.10 | $325.00 | $32.50 |
| 11/14/2022 | Yongjin Bae | draft letter to adjourn in-person conference | 0.50 | $325.00 | $162.50 |
| 11/14/2022 | Leslie Cabello | Attempted to call client | 0.10 | $175.00 | $17.50 |
| 11/14/2022 | Leslie Cabello | Sent email to client. | 0.10 | $175.00 | $17.50 |
| 11/14/2022 | Leslie Cabello | Diss with JH about discovery phase. | 0.10 | $175.00 | $17.50 |
| 11/15/2022 | Leslie Cabello | Attempted to call client | 0.10 | $175.00 | $17.50 |
| 11/15/2022 | Leslie Cabello | Sent email to client | 0.10 | $175.00 | $17.50 |
| 11/16/2022 | Yongjin Bae | email from OC re: letter to adjourn the conference | 0.10 | $325.00 | $32.50 |
| 11/16/2022 | Yongjin Bae | revise the letter and email back to OC | 0.20 | $325.00 | $65.00 |
| 11/16/2022 | Yongjin Bae | email from OC re: letter filing | 0.10 | $325.00 | $32.50 |
| 11/16/2022 | Yongjin Bae | email re: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Motion to Adjourn Conference | 0.10 | $325.00 | $32.50 |

## HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel: (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

| | | | | | |
|---|---|---|---|---|---|
| 11/16/2022 | Jian Hang | review email from OC | 0.10 | $375.00 | $37.50 |
| 11/16/2022 | Jian Hang | review court filing | 0.10 | $375.00 | $37.50 |
| 11/18/2022 | Leslie Cabello | Called client unable to leave a voicemail | 0.10 | $175.00 | $17.50 |
| 11/21/2022 | Jian Hang | review court filing | 0.10 | $375.00 | $37.50 |
| 11/22/2022 | Yongjin Bae | email re: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Order on Motion to Adjourn | 0.10 | $325.00 | $32.50 |
| 11/22/2022 | Yongjin Bae | R/R email from JH re: conference | 0.10 | $325.00 | $32.50 |
| 11/22/2022 | Yongjin Bae | prep from conference call | 0.40 | $325.00 | $130.00 |
| 11/22/2022 | Yongjin Bae | attend conference call with court and OC | 0.70 | $325.00 | $227.50 |
| 11/23/2022 | Yongjin Bae | email re: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Order on Motion for Extension of Time | 0.10 | $325.00 | $32.50 |
| 11/23/2022 | Yongjin Bae | email re: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Set Hearings | 0.10 | $325.00 | $32.50 |
| 11/23/2022 | Jian Hang | review court filing | 0.10 | $375.00 | $37.50 |
| | | | **4.20** | | **$1,255.00** |

| | |
|---|---|
| Invoice Amount: | $1,255.00 |
| Other Outstanding Balances: | $6,147.50 |
| Total Amount: | $7,402.50 |
| Amount Received: | $0.00 |
| **Balance Due:** | **$7,402.50** |
| Trust Balance: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

## PAYMENT INSTRUCTIONS

<u>Remit Check Payments to</u>:

Hang & Associates, PLLC
13620 38th Avenue, Suite 10G
Flushing, NY 11354

<u>Remit Wire Payments to</u>:

Chase Bank
3901 Main Street, Flushing, NY 11354
Swift Code: CHASUS33
For Credit to the Account of
Hang & Associates, PLLC
Routing #: 021000021
Account #: 772737281

## HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC

# Invoice

| | |
|---|---|
| Invoice Date: | 12/31/2022 |
| Invoice No: | 10 |
| Due Date: | 1/15/2023 |

Matter:     01469-2022                    For professional Services rendered through the period ending Saturday December 31, 2022

**Professional Fees**

| Date | Attorney | Description | Hours | Hourly Rate | Amount |
|------|----------|-------------|-------|-------------|--------|
| 12/04/2022 | Yongjin Bae | email from OC re: discovery response | 0.10 | $325.00 | $32.50 |
| 12/04/2022 | Yongjin Bae | email from OC re: discovery link | 0.10 | $325.00 | $32.50 |
| 12/04/2022 | Yongjin Bae | email from JH re: dropbox link | 0.10 | $325.00 | $32.50 |
| 12/04/2022 | Yongjin Bae | email from JH re: motion to withdraw | 0.10 | $325.00 | $32.50 |
| 12/14/2022 | Karla Dussan | I called the client for bill payment. | 0.30 | $175.00 | $52.50 |
| 12/15/2022 | Yongjin Bae | email from JH re: motion to withdraw | 0.10 | $325.00 | $32.50 |
| 12/15/2022 | Yongjin Bae | revise motion to withdraw | 0.60 | $325.00 | $195.00 |
| 12/15/2022 | Yongjin Bae | email to JH re: MTW | 0.10 | $325.00 | $32.50 |
| 12/15/2022 | Yongjin Bae | email from JH re: MTW | 0.10 | $325.00 | $32.50 |
| 12/15/2022 | Yongjin Bae | Finalize the MTW with notary | 0.30 | $325.00 | $97.50 |
| 12/15/2022 | Yongjin Bae | file the MTW with ECF | 0.10 | $325.00 | $32.50 |
| 12/15/2022 | Yongjin Bae | email to KD to serve MTW | 0.10 | $325.00 | $32.50 |
| 12/15/2022 | Yongjin Bae | email re: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Motion to Withdraw as Attorney | 0.10 | $325.00 | $32.50 |
| 12/15/2022 | Karla Dussan | Served motion to withdraw as attorney. | 0.90 | $175.00 | $157.50 |
| 12/27/2022 | Yongjin Bae | check court docket | 0.10 | $325.00 | $32.50 |
| 12/29/2022 | Yongjin Bae | email re: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Scheduling Order | 0.10 | $325.00 | $32.50 |
| 12/29/2022 | Yongjin Bae | put rescheduled conference date into firm calendar and check conflict of schedules | 0.10 | $325.00 | $32.50 |

## HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/29/2022 | Yongjin Bae | search sample notice of entry and draft notice of entry | 0.30 | $325.00 | $97.50 |
| 12/29/2022 | Yongjin Bae | Discussion with GL re: conflict of schedules | 0.10 | $325.00 | $32.50 |
| 12/29/2022 | Yongjin Bae | email to KD re: notice of entry | 0.10 | $325.00 | $32.50 |
| 12/29/2022 | Yongjin Bae | Discussion with KD re: service of notice of entry | 0.10 | $325.00 | $32.50 |
| 12/29/2022 | Yongjin Bae | email from JH re: COS | 0.10 | $325.00 | $32.50 |
| 12/29/2022 | Yongjin Bae | revise notice of entry with COS | 0.20 | $325.00 | $65.00 |
| 12/29/2022 | Yongjin Bae | search address and email address and put into COS | 0.10 | $325.00 | $32.50 |
| 12/29/2022 | Yongjin Bae | email to JH to confirm the form | 0.10 | $325.00 | $32.50 |
| 12/29/2022 | Yongjin Bae | call from JH re: notice of entry | 0.10 | $325.00 | $32.50 |
| 12/29/2022 | Yongjin Bae | email to RQ re: notice of entry | 0.10 | $325.00 | $32.50 |
| 12/29/2022 | Yongjin Bae | Discussion with RQ re: notice of entry | 0.10 | $325.00 | $32.50 |
| 12/29/2022 | Ge Qu | Review NOE and discussiosn with YB | 0.20 | $325.00 | $65.00 |
| 12/29/2022 | Yongjin Bae | email to KD re: COS | 0.10 | $325.00 | $32.50 |
| 12/29/2022 | Karla Dussan | Served letter by certificate mail | 0.80 | $175.00 | $140.00 |
| 12/30/2022 | Yongjin Bae | email to KD re: service of the rescheduling order | 0.10 | $325.00 | $32.50 |
| 12/30/2022 | Yongjin Bae | email from KD re: service of order | 0.10 | $325.00 | $32.50 |
| 12/30/2022 | Yongjin Bae | file COS with ECF | 0.10 | $325.00 | $32.50 |
| 12/30/2022 | Yongjin Bae | email re: Activity in Case 1:22-cv-00527-EK-MMH Anderson  v. Brooklyn Wild Catch LLC  et al Certificate of Service | 0.10 | $325.00 | $32.50 |
| 12/30/2022 | Yongjin Bae | email to KD re: receipt for certified mail and email sent | 0.10 | $325.00 | $32.50 |
| 12/30/2022 | Karla Dussan | Saved receipt for certified mail, envelop and email into the leap - proof for the motion conference. | 1.10 | $175.00 | $192.50 |
| 12/30/2022 | Karla Dussan | Inserted certified mail payment into operating accounting LEAP | 0.50 | $175.00 | $87.50 |
| | | | **8.00** | | **$2,060.00** |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 12/30/2022 | Certified Mail court's order served on all defendants Brooklyn Wild Catch | $14.98 |
| | | **$14.98** |

| | |
|---|---|
| Invoice Amount: | $2,074.98 |
| Other Outstanding Balances: | $7,402.50 |
| Total Amount: | $9,477.48 |

# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354
Tel:  (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

|  |  |
|---|---|
| Amount Received: | $0.00 |
| **Balance Due:** | **$9,477.48** |
| Trust Balance: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

## PAYMENT INSTRUCTIONS

*Remit Check Payments to*:

Hang & Associates, PLLC
13620 38th Avenue, Suite 10G
Flushing, NY 11354

*Remit Wire Payments to*:

Chase Bank
3901 Main Street, Flushing, NY 11354
Swift Code: CHASUS33
For Credit to the Account of
Hang & Associates, PLLC
Routing #: 021000021
Account #: 772737281