UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Caleb Anderson, on behalf of himself and
others similarly situated in the proposed
FLSA Collective Action,

                      Plaintiffs,

v.

Brooklyn Wild Catch LLC, Brooklyn
Wild Catch II, LLC, Robert Dorsey,
and Angeline Cornelius,

                      Defendants.
------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 17 2023 ★

BROOKLYN OFFICE

JUDGMENT
22-cv-00527-EK-MMH

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 12, 2023; and defendants, A Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC, Robert Dorsey, and Angeline Cornelius, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Caleb Anderson n in the total sum of Eight Thousand Dollars and Zero Cents ($8,000.00); it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Caleb Anderson and against defendants, A Brooklyn Wild Catch LLC, Brooklyn Wild Catch II, LLC, Robert Dorsey, and Angeline Cornelius, in the total sum of Eight Thousand Dollars and Zero Cents ($8,000.00), payable as follows: 1. A payment in the amount of Four Thousand Dollars and Zero Cents ($4,000.00) payable fourteen (14) days following the Court's Entry and Order of this Offer of Judgment; and 2. Thirty (30) days after the Initial Payment is due, Defendants will pay the amount of Four Thousand Dollars and Zero Cents ($4,000.00).

Dated: Brooklyn, New York
       April 17, 2023

                      Brenna B. Mahoney
                      Clerk of Court

              By:    */s/Jalitza Poveda*
                          Deputy Clerk